952 A.2d 1167

**Jason BLASSENGALE, Petitioner**

v.

**SCI–SMITHFIELD, Superintendent Palakovich, Respondent.**

**No. 18 EM 2008.**

Supreme Court of Pennsylvania.

July 8, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of July, 2008, the Application for Leave to File Original Process is **GRANTED;** the Petition for Writ of Mandamus is **DENIED.**